UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE ESTATE OF MATTHEW PLANER, a deceased individual; DEBORAH WILLIAMS, personal representative of the Estate of Matthew Planer and heir of Matthew Planer,<br><br>     Plaintiffs,<br><br>v.<br><br>CITY OF POCATELLO; CHIEF ROGER SCHEI; SERGEANT RICH SAMPSON; OFFICER BREYVON JOHNSON,<br><br>     Defendants. | Case No. 4:24-cv-284-BLW<br><br>**ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER** |

The Parties' Fourth Stipulation to Modify the Scheduling Order (Dkt. 23) having come before the Court and good cause appearing,

IT IS HEREBY ORDERED that the deadlines shall be modified as follows:

| **Deadline Type** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Factual Discovery related to the draft policy at issue | December 31, 2025 | February 27, 2026 |
| Mediation Deadline | February 16, 2026 | April 17, 2026 |
| Dispositive Motions | January 15, 2026 | March 23, 2026 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: **January 14, 2026**

B. Lynn Winmill
U.S. District Court Judge